# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| SHANE MICHAEL GROGGER ] | |
|     Petitioner, ] | |
| ] | |
| v. ] | No. 2:15-0075 |
| ] | Chief Judge Sharp |
| DEBRA JOHNSON, Warden ] | |
|     Respondent. ] | |

## O R D E R

In accordance with the Memorandum contemporaneously entered, the Court finds no merit in petitioner's *pro se* habeas corpus petition (Docket Entry No. 1). Therefore, the petition is DENIED and this action is hereby DISMISSED. Rule 8(a), Rules - - § 2254 Cases.

Should the petitioner file a timely Notice of Appeal, such Notice shall be treated as an Application for a Certificate of Appealability, 28 U.S.C. § 2253(c), which will NOT issue because the petitioner is unable to make a substantial showing of the denial of a constitutional right.

It is so ORDERED.

 

_____
Kevin H. Sharp
Chief District Judge